JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUSAN SPELL, | ) | Case No. CV 19-5886 JGB(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| NATALIE STONE, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Summarily Dismissing Petition and Action, Denying Requests for Judicial Notice, and Denying a Certificate of Appealability, IT IS ADJUDGED that the Petition for a Writ of Habeas Corpus and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: August 8, 2019

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE